

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

## No. 02-19-00190-CV

———————————————————

KINGS CASH GROUP, LLC, Appellant

V.

CHRISTOPHER V. DOWNING AND C&A PHARMACEUTICAL ENTERPRISES-CA, LLC D/B/A SOUTH COAST MISSION PHARMACY, Appellees

On Appeal from the 158th District Court
Denton County, Texas
Trial Court No. 18-11304-158

Before Womack, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion for Voluntary Dismissal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: June 27, 2019